■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH MORANDI, Appellant.— Application for extension of time within which to perfect appeal. Application granted and time is extended until the January 1960

Term of this court. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.